**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HERMINIO JAVIER LOPEZ, JAVIER DE
JESUS, JORGE RAMON, CARMELO
VELAZQUEZ, and HECTOR RAMIREZ,
individually and on behalf of all others
similarly situated,
                       Plaintiffs,

-against-

EMERALD STAFFING, INC., BLUE DOG
KITCHEN, ELIZABETH SLAVUTSKY, and
BORIS SLAVUTSKY,
                       Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

18 **CIVIL** 2788 (SLC)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion & Order dated February 26, 2020, Plaintiffs' Motion for Default Judgment is GRANTED and Plaintiffs are awarded judgment against Defendants in the total amount of $54,917.12, comprised of the following: (7) Plaintiff Herminio Javier Lopez is awarded damages in the amount of $12,808.11, comprised of (i) $5,624.50 in unpaid minimum wages, (ii) $5,624.50 in liquidated damages, and (iii) $1,559.11 in prejudgment interest; (8) Plaintiff Javier De Jesus is awarded damages in the amount of $34,195.36, comprised of (i) $14,561.75 in unpaid minimum wages, (ii) $14,561.75 in liquidated damages, and (iii) $5,071.86 in prejudgment interest; (9) Plaintiff Jorge Ramon is awarded damages in the amount of $1,713.44, comprised of (i) $777.00 in unpaid minimum wages, (ii) $777.00 in liquidated damages, and (iii) $159.44 in prejudgment interest; (10) Plaintiff Carmelo Velazquez is awarded damages in the amount of $3,745.79, comprised of (i) $1,683.50 in unpaid minimum wages, (ii) $1,683.50 in liquidated damages, and (iii) $378.79 in prejudgment interest; (11) Plaintiff Hector Ramirez is awarded damages in the

amount of $2,454.42, comprised of (i) $1,110.75 in unpaid minimum wages, (ii) $1,110.75 in liquidated damages, and (iii) $232.92 in prejudgment interest; and (12) Plaintiffs are awarded $23,975.00 in attorneys' fees and $693.00 in costs; accordingly, the case is closed.

**DATED**: New York, New York
February 27, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____
**Deputy Clerk**